Rebecca Bruch, Esq. (SBN 7289)
Charity Felts, Esq. (SBN 10581)
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
Reno, NV 89509
(775) 786-3930
(775) 786-4160-Facsimile
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDI EISELE, | Case No.: 3:12-cv-00531-MMD-VPC |
| an individual, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| vs. | |
| INDIAN HILLS GENERAL IMPROVEMENT DISTRICT, a governmental entity, JOHN LUFRANO, an individual, | |
| Defendants. | |

Plaintiff In Pro Per, SANDI EISELE, and Defendants, INDIAN HILLS GENERAL IMPROVEMENT DISTRICT and JOHN LUFRANO by and through their Counsel of Record, Erickson, Thorpe & Swainston, Ltd., and Rebecca Bruch, Esq., hereby stipulate and agree that this

[Remainder of page left intentionally blank.]

1  action should be dismissed with prejudice, with each party to bear its, his or her attorneys fees and
2  costs.
3  DATED this 2nd day of August, 2013.   DATED this 2nd day of August, 2013.

SANDI EISELE                                   ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Sandi Eisele                           By: /s/ Rebecca Bruch
    SANDI EISELE                                   REBECCA BRUCH, ESQ.
    984 Dean Drive                                 99 W. Arroyo Street
    Gardnerville, Nevada 89460                     Reno, Nevada  89509
    Pro Se                                         Attorneys for Defendant

IT IS SO ORDERED.

Dated: August 2, 2013

_____
United States District Court Judge

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930