Rebecca Bruch, Esq. (SBN 7289)
Charity Felts, Esq. (SBN 10581)
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
Reno, NV 89509
(775) 786-3930
(775) 786-4160-Facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDI EISELE, | Case No.: 3:12-cv-00531-MMD-VPC |
| an individual, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| vs. | |
| INDIAN HILLS GENERAL IMPROVEMENT DISTRICT, a governmental entity, JOHN LUFRANO, an individual, | |
| Defendants. | |
| _____/ | |

Plaintiff In Pro Per, SANDI EISELE, and Defendants, INDIAN HILLS GENERAL IMPROVEMENT DISTRICT and JOHN LUFRANO by and through their Counsel of Record, Erickson, Thorpe & Swainston, Ltd., and Rebecca Bruch, Esq., hereby stipulate and agree that this

[Remainder of page left intentionally blank.]

action should be dismissed with prejudice, with each party to bear its, his or her attorneys fees and costs.

DATED this 2nd day of August, 2013.  　　　　　DATED this 2nd day of August, 2013.

SANDI EISELE　　　　　　　　　　　　　　　ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Sandi Eisele　　　　　　　　　　　　　By: /s/ Rebecca Bruch
　　SANDI EISELE　　　　　　　　　　　　　　　REBECCA BRUCH, ESQ.
　　984 Dean Drive　　　　　　　　　　　　　　99 W. Arroyo Street
　　Gardnerville, Nevada 89460　　　　　　　　Reno, Nevada  89509
　　Pro Se　　　　　　　　　　　　　　　　　　Attorneys for Defendant

IT IS SO ORDERED.

Dated: August 2, 2013

_____
United States District Court Judge